UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joel Whitney

     Plaintiff,

vs.

Arnold Schwarzenegger, et al.

     Defendant.

CASE NO. _____ PJH (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

  I, Joel Whitney, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

  In support of this application, I provide the following information:

1.  Are you presently employed?  Yes ___  No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS     - 1 -

1 | If the answer is "no," state the date of last employment and the amount of the gross and net
2 | salary and wages per month which you received.  (If you are imprisoned, specify the last
3 | place of employment prior to imprisonment.)
4 |   <u>Prior to prison I was on SSI.  I have a learning disorder</u>
5 | <u>and stress disorder.</u>
6 | _____
7 | 2.     Have you received, within the past twelve (12) months, any money from any of the
8 | following sources:
9 |     a.    Business, Profession or                Yes ___ No <u>X</u>
10 |         self employment
11 |     b.    Income from stocks, bonds,            Yes ___ No <u>X</u>
12 |         or royalties?
13 |     c.    Rent payments?                           Yes ___ No <u>X</u>
14 |     d.    Pensions, annuities, or                 Yes ___ No <u>X</u>
15 |         life insurance payments?
16 |     e.    Federal or State welfare payments,     Yes ___ No <u>X</u>
17 |         Social Security or other govern-
18 |         ment source?
19 | If the answer is "yes" to any of the above, describe each source of money and state the amount
20 | received from each.
21 | _____
22 | _____
23 | 3.     Are you married?                        Yes ___ No <u>X</u>
24 | Spouse's Full Name: _____
25 | Spouse's Place of Employment: _____
26 | Spouse's Monthly Salary, Wages or Income:
27 | Gross $_____ Net $_____
28 | 4.    a.    List amount you contribute to your spouse's support:$ _____


1      b.     List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5  NONE
6
7  5.    Do you own or are you buying a home?     Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?     Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $_____
12 Monthly Payment: $_____
13 7.    Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15
16 Present balance(s): $_____
17 Do you own any cash? Yes ___ No _X_ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _x_
20
21 8.    What are your monthly expenses?   NONE
22 Rent: $_____ Utilities: _____
23 Food: $_____ Clothing: _____
24 Charge Accounts: NONE
25 Name of Account         Monthly Payment         Total Owed on This Acct.
26 _____         $_____         $_____
27 _____         $_____         $_____
28 _____         $_____         $_____

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  NONE
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 January 7, 2008                    /s/ Joel Whitney
17       DATE                         SIGNATURE OF APPLICANT

```
REPORT ID: TS3030  .701                              REPORT DATE: 01/14/08
                                                     PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                            AVENAL STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JUL. 14, 2007 THRU JAN. 14, 2008

ACCOUNT NUMBER : K99429              BED/CELL NUMBER: 450 1 00000070L
ACCOUNT NAME   : WHITNEY, JOEL PARKER    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                            CURRENT HOLDS IN EFFECT
   DATE       HOLD
   PLACED     CODE      DESCRIPTION            COMMENT      HOLD AMOUNT
   ----------  ----    -------------------     ----------   -----------
   01/09/2008  H109    LEGAL POSTAGE HOLD      702991LEPO        1.14

                            TRUST ACCOUNT SUMMARY

   BEGINNING     TOTAL       TOTAL      CURRENT     HOLDS     TRANSACTIONS
   BALANCE     DEPOSITS   WITHDRAWALS   BALANCE    BALANCE    TO BE POSTED
   ---------  ----------  -----------  ---------  ----------  ------------
      0.00        0.00        0.00        0.00        1.14        0.00


                                                       CURRENT
                                                      AVAILABLE
                                                       BALANCE
                                                      ---------
                                                        1.14-
                                                      ---------
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:                 JAN 1 4 2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

1
2                                                    Case Number: C08-0040-PJH(PR)
3
4
5
6
7
8                          **CERTIFICATE OF FUNDS**
9                                    **IN**
10                         **PRISONER'S ACCOUNT**
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _WHITNEY, JOEL_ for the last six months
                                              [prisoner name] K99429
14   __AVENAL STATE PR..._____ where (s)he is confined.
          [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ ____0____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $____0____.
18
19   Dated: __JAN 1 4 2008__         _____
                                     [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28