UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JOEL WHITNEY,

                Plaintiff,

   v.

ARNOLD SCHWARZENEGGER et al,

                Defendant.

_____ /

Case Number: CV08-00040 PJH

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Joel Whitney K-99429
Avenal State Prison
450-1-70-Low
P.O. Box 9
Avenal, CA 93204

Dated: August 25, 2008

                                 Richard W. Wieking, Clerk
                                 By: T. De Martini, Deputy Clerk