UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOEL WHITNEY,

    Plaintiff,

    v.

ARNOLD SCHWARZENEGGER,

    Defendant.

No. C 08-0040 PJH (PR)

**ORDER OF DISMISSAL**

This case was opened when plaintiff sent the court a document captioned "Ex Parte Motion to Join Movant's ex Parte Motion to the Already Existing Plata/Coleman/Armstrong Actions and Requests this Motion to Come Before the Three Judge Court Already Seeing the Plata/Coleman/Armstrong Actions and Issue Movant a Prisoner Release Order." The caption listed the parties above, rather than those in any of the cases he mentions, and did not have a case number. In an effort to protect plaintiff's rights, the document was treated as an attempt to open a new case. He later filed a little-changed amended version, which is considered here.

Plaintiff contends that he should be released because of unconstitutional conditions created by overcrowding. These issues are currently being considered in the class action *Plata v. Schwarzenegger*, No. C 01-1351 TEH. Individual suits for injunctive and equitable relief from alleged unconstitutional prison conditions cannot be brought where there is a pending class action suit involving the same subject matter. *McNeil v. Guthrie*, 945 F.2d 1163, 1165 (10th Cir. 1991); *Gillespie v. Crawford*, 858 F.2d 1101, 1103 (5th Cir. 1988) (en banc). "Individual members of the class and other prisoners may assert any equitable or declaratory claims they have, but they must do so by urging further actions through the

class representative and attorney, including contempt proceedings, or by intervention in the class action." *Id.*  This case therefore is **DISMISSED**.

Document number four on the docket is an amended version of the document with which plaintiff commenced this case, not actually a motion. The clerk shall terminate it and close the file.[1]

**IT IS SO ORDERED.**

Dated: August 25, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.08\WHITNEY0040.DSM2.wpd

---

[1] Counsel for the plaintiff class in *Plata* is: Donald H. Specter, Prison Law Office, General Delivery, San Quentin, CA 94964.