1

2

3            UNITED STATES DISTRICT COURT

4          NORTHERN DISTRICT OF CALIFORNIA

5

6

7    JOEL WHITNEY,

8                    Plaintiff,                      No. C 08-0040 PJH (PR)

9         v.                                    **ORDER OF DISMISSAL**

10   ARNOLD SCHWARZENEGGER,

11                   Defendant.
                                        /
12

13        This case was opened when plaintiff sent the court a document captioned "Ex Parte

14   Motion to Join Movant's ex Parte Motion to the Already Existing Plata/Coleman/Armstrong

15   Actions and Requests this Motion to Come Before the Three Judge Court Already Seeing

16   the Plata/Coleman/Armstrong Actions and Issue Movant a Prisoner Release Order." The

17   caption listed the parties above, rather than those in any of the cases he mentions, and did

18   not have a case number. In an effort to protect plaintiff's rights, the document was treated

19   as an attempt to open a new case. He later filed a little-changed amended version, which

20   is considered here.

21        Plaintiff contends that he should be released because of unconstitutional conditions

22   created by overcrowding. These issues are currently being considered in the class action

23   *Plata v. Schwarzenegger*, No. C 01-1351 TEH. Individual suits for injunctive and equitable

24   relief from alleged unconstitutional prison conditions cannot be brought where there is a

25   pending class action suit involving the same subject matter. *McNeil v. Guthrie*, 945 F.2d

26   1163, 1165 (10th Cir. 1991); *Gillespie v. Crawford*, 858 F.2d 1101, 1103 (5th Cir. 1988) (en

27   banc). "Individual members of the class and other prisoners may assert any equitable or

28   declaratory claims they have, but they must do so by urging further actions through the

United States District Court

For the Northern District of California

United States District Court
For the Northern District of California

1  class representative and attorney, including contempt proceedings, or by intervention in the

2  class action." *Id.* This case therefore is **DISMISSED**.

3      Document number four on the docket is an amended version of the document with

4  which plaintiff commenced this case, not actually a motion. The clerk shall terminate it and

5  close the file.[1]

6  **IT IS SO ORDERED.**

7  Dated: August _25_, 2008.

                                    _____
8                                   PHYLLIS J. HAMILTON
                                    United States District Judge

25  G:\PRO-SE\PJH\CR.08\WHITNEY0040.DSM2.wpd

27  [1] Counsel for the plaintiff class in *Plata* is: Donald H. Specter, Prison Law Office, General Delivery, San Quentin, CA 94964.

2